Henry Thode, Appellant,
against
Suffolk Traffic & Parking Violation Agency, Respondent.




Henry Thode, appellant pro se.
Suffolk County Traffic Prosecutor's Office, for respondent (no brief filed).

Appeal from an order of the District Court of Suffolk County, Fifth District (Vincent J. Martorana, J.), entered January 17, 2018. The order denied plaintiff's motion, in effect, for leave to reargue his prior motion to vacate an order of that court dated July 29, 2017 granting defendant's unopposed motion to dismiss the action, which prior motion had been denied in an order of that court dated November 17, 2017.




ORDERED that the appeal is dismissed, as no appeal lies from a denial of reargument (see Liang v Yi Jing Tan, 155 AD3d 1022 [2017]; Bermudez v City of New York, 66 AD3d 724 [2009]).
ADAMS, P.J., GARGUILO and RUDERMAN, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 07, 2019